MOMCLAY, INC., Plaintiff, *v.* WILLIAM J. CAMPBELL et al., Defendants.

ELEANOR SIEGEL, Respondent, *v.* THE MOUNT VERNON TRUST COMPANY, Appellant.

(Argued April 16, 1934; decided April 27, 1934.)

*Clinton T. Taylor, James D. Hopkins* and *Joseph L. Tierney* for appellant.

*Francis M. Fallon* and *Frank J. Claydon* for respondent.

Order of the Appellate Division reversed and that of the Special Term affirmed, with costs in this court and in the Appellate Division, on the authority of *Layman* v. *Allegi & Loring, Inc.* (264 N. Y. 610.) Question certified answered in the negative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.